**AMENDED VERIFIED COMPLAINT United States District Court District of Maine**

**DARREN GUAY, MARY DOWNING, and ROD DOWNING,** Plaintiffs,

v.

**TOWN OF BERWICK, ARTHUR CAPELLO, DENNIS PLANTE, TIMOTHY TOWNE, TERRY WILSON, and JOHN DOES 1-10,** Defendants.

**No. 2:26-cv-00179-LEW**

**AMENDED VERIFIED COMPLAINT**

Plaintiffs Darren Guay, Mary Downing, and Rod Downing, proceeding pro se, file this Amended Verified Complaint pursuant to Federal Rule of Civil Procedure 15(a) and state as follows:

**I. PARTIES**

1. Plaintiff Darren Guay is an adult individual whose temporary mailing address is 25 Tamarack Drive, South Berwick, Maine 03908. He resided full-time at the fire-damaged property on Riley Lane, Berwick, Maine, and is trained and experienced in fire-damage abatement and remediation work.
2. Plaintiff Mary Downing is an adult individual whose temporary mailing address is 25 Tamarack Drive, South Berwick, Maine 03908. She is the co-owner of the residential property on Riley Lane and resided there with the other Plaintiffs.
3. Plaintiff Rod Downing is an adult individual whose temporary mailing address is 25 Tamarack Drive, South Berwick, Maine 03908. He is the co-owner of the residential property on Riley Lane and resided there with the other Plaintiffs.

**II. JURISDICTION AND VENUE**

4. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a) because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983 (deprivation of constitutional rights under color of state law) and Title II of the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.

5. Supplemental jurisdiction exists over Plaintiffs' related state-law claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in the District of Maine pursuant to 28 U.S.C. § 1391(b) because all events giving rise to the claims occurred in Berwick, York County, Maine, and all Defendants reside or conduct business in this District.

### III. FACTUAL ALLEGATIONS

7. At all times relevant to this action, Plaintiffs Darren Guay, Mary Downing, and Rod Downing resided together at a single-family residential property located on Riley Lane in the Town of Berwick, Maine. Plaintiffs Mary Downing and Rod Downing are the lawful owners of the property.

8. On or about March 1, 2026, a fire broke out at the property, causing substantial structural damage. The fire left large portions of the residence exposed to the elements, including rain, wind, and temperature fluctuations.

9. Immediately after the fire, Plaintiffs began efforts to secure and mitigate further damage to the structure and their personal belongings. Plaintiff Darren Guay, who possesses specialized training and certification in fire-damage abatement and remediation, attempted to perform professional-grade self-help abatement work on the premises.

10. On or about March 2026, the Town of Berwick, acting through its Code Enforcement Officer and/or other officials (including Defendants Arthur Capello, Dennis Plante, Timothy Towne, and Terry Wilson), declared the property a "dangerous building" pursuant to 17 M.R.S. §§ 2851 et seq.

11. The Town provided Plaintiffs with only **two calendar days** to remove all personal property from the premises. No meaningful hearing or extension was afforded despite Plaintiffs' repeated requests.

12. Plaintiffs Mary Downing and Rod Downing suffer from documented physical disabilities that substantially limit their mobility and ability to perform heavy lifting or rapid relocation of belongings. Plaintiff Darren Guay also suffers from physical impairments that were exacerbated by the short notice period and subsequent arrest.

13. Due to these disabilities, combined with severe financial hardship and the sheer volume of personal property accumulated over many years of residency, Plaintiffs were physically and financially unable to remove their belongings within the two-day window imposed by the Town.

14. On the final day of the Town's two-day removal period, Plaintiff Darren Guay returned to the property to continue lawful self-help abatement and property retrieval. Law enforcement officers, acting at the direction of Town officials, removed and arrested him for trespass, despite his lawful status as a resident and his documented training in abatement work.

15. As a direct and proximate result of the Town's actions, the vast majority of Plaintiffs' personal property — including clothing, furniture, appliances, sentimental items, important documents, adaptive medical equipment, and tools of Plaintiff Guay's trade — remained exposed to the elements for weeks.

16. Weather conditions in Berwick, Maine during March and April 2026 caused extensive water damage, mold growth, and total destruction of most of the remaining personal property.

17. Defendants have continued to deny Plaintiffs any further access to the premises, refused reasonable accommodations for their disabilities, and have not provided the notice-and-hearing process required by 17 M.R.S. §§ 2851 et seq. before permanently barring entry and allowing further destruction of Plaintiffs' property.

18. Plaintiffs have no adequate remedy at law for the immediate and ongoing loss of irreplaceable personal property and the violation of their constitutional and statutory rights.

**IV. CLAIMS FOR RELIEF Count I – Procedural and Substantive Due Process Violation (42 U.S.C. § 1983 – Fourteenth Amendment)** Defendants deprived Plaintiffs of protected property interests without due process of law by imposing an unreasonably short removal period, failing to provide a meaningful hearing, and permanently barring access without proper procedures under Maine law and the U.S. Constitution.

**Count II – Violation of the Americans with Disabilities Act (42 U.S.C. § 12132)** Defendants failed to provide reasonable accommodations for Plaintiffs' known physical disabilities in the administration of the dangerous-building process, thereby discriminating against them in a public service.

**Count III – Unreasonable Seizure / False Arrest (42 U.S.C. § 1983 – Fourth and Fourteenth Amendments)** Defendants caused the unlawful seizure and arrest of Plaintiff Darren Guay when he was lawfully present on the premises attempting to retrieve personal property and perform abatement work.

**Count IV – Declaratory and Injunctive Relief** Plaintiffs are entitled to a declaration of rights and permanent injunctive relief under 28 U.S.C. § 2201 and Federal Rule of Civil Procedure 65.

**V. PRAYER FOR RELIEF** WHEREFORE, Plaintiffs respectfully request that this Court:

(a) Accept and docket this Amended Verified Complaint as the operative pleading;

(b) Grant the concurrently filed Renewed Motion for Temporary Restraining Order and Preliminary Injunction, providing Plaintiffs fourteen (14) days of immediate access to the Riley Lane property solely to retrieve remaining personal property;

(c) Enter judgment in favor of Plaintiffs on all counts;

(d) Award compensatory damages, punitive damages, costs, and reasonable attorney's fees (if applicable) pursuant to 42 U.S.C. § 1988 and other applicable law; (e) Grant such other and further relief as the Court deems just and proper.

**VERIFICATION** I, Darren Guay, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 13, 2026.



/s/ Darren Guay Darren Guay, Pro Se Temporary Mailing Address: 25 Tamarack Drive South Berwick, Maine 03908 Telephone: (207) 200-6982 Email: DARRENGUAY@GMAIL.COM

I, Mary Downing, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 13, 2026.



/s/ Mary Downing Mary Downing, Pro Se Temporary Mailing Address: 25 Tamarack Drive South Berwick, Maine 03908 Telephone: (603) 534-6446 Email: DARRENGUAY@GMAIL.COM



I, Rod Downing, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on April 13, 2026.

/s/ Rod Downing Rod Downing, Pro Se Temporary Mailing Address: 25 Tamarack Drive South Berwick, Maine 03908 Telephone: None Email: DARRENGUAY@GMAIL.COM