## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| DARREN GUAY et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00179-LEW |
| | ) | |
| TOWN OF BERWICK et al., | ) | |
| | ) | |
| Defendant | ) | |

### ORDER TO SHOW CAUSE

On April 13, 2026, Plaintiffs Daren Guay and Mary Downing filed motions to proceed without payment of fees and costs. *See* ECF Nos. 7-8. I granted those motions on April 14. Unlike his co-plaintiffs, Rod Downing did not file a motion to proceed without payment of fees. Therefore, I ordered that he file his own motion or pay the required filing fee by April 21, 2026. *See* ECF No. 10. Rod Downing has not complied. Accordingly, I ORDER Rod Downing to show cause by May 18, 2026, why his claims should not be dismissed for failure to comply with my April 14 Order and for otherwise failing to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

### *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: May 4, 2026

/s/ Karen Frink Wolf
United States Magistrate Judge

1