UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DARREN GUAY, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00179-LEW |
| | ) | |
| TOWN OF BERWICK, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER AND
<u>PROCEDURAL ORDER</u>**

The matter returns on Plaintiffs' third request for a temporary restraining order ("TRO") or preliminary injunction (ECF No. 15). Service on the Town of Berwick was authorized on April 16, 2026, and the matter is awaiting the Town's waiver of service or, if need be, personal service on the Town. *See* Order for Service (ECF No. 13); Fed. R. Civ. P. 4(j)(2); Me. R. Civ. P. 4. This order resolves the TRO request in the most recent motion, but not the request for preliminary injunction, and sets a deadline for the Town's response to the latter request.

<u>Third Motion for TRO</u>

The Court has reviewed the most recent filings and continues to conclude that this is not a proper case for *ex parte* relief. Among other things, the information related in the unofficial transcript of the April 21, 2026, public hearing suggests that any anticipated demolition would be preceded by a further opportunity to remove personal property from the premises. Furthermore, the timetable indicated in that same transcript leaves time for

service of process to be effectuated. Finally, in regard to Plaintiffs' insistence that the Court order the Town to permit use of the land for camp-style living, without utilities, such concerns are evidently governed by a municipal permitting process that Plaintiffs have not attempted to employ. This Court is not in a position to override that process or otherwise direct, in advance, its outcome, even assuming the process was properly instituted by application. In any event, assuming that the cordoning off of the entire property is actionable under the circumstances, the associated harms do not appear to be irreparable when measured by the time needed for the Town to respond. The request for a TRO is denied.

Motion for Preliminary Injunction Procedural Order

The request for preliminary injunction is reserved. Defendant Town of Berwick will respond to the preliminary injunction request in tandem with its answer to the complaint.

**SO ORDERED.**

Dated this 7th day of May, 2026.

/S/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE