**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| DARREN GUAY et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00179-LEW |
| | ) | |
| TOWN OF BERWICK et al., | ) | |
| | ) | |
| Defendants | ) | |

**RECOMMENDED DECISION**

Rod Downing initiated this action without paying the filing fee or moving to proceed *in forma pauperis* (IFP). *See* ECF No. 1. I ordered Downing to show cause by May 18, 2026, why he had not paid the filing fee or filed a motion to proceed without payment of fees, and warned him that if he failed to do so, his case would be dismissed. ECF No. 14. Downing did not comply with the Order to Show Cause. Accordingly, I recommend that the Court **DISMISS** his claims and direct the Clerk's Office to remove him from the docket. *See* Fed. R. Civ. P. 41(b) (providing for dismissal upon a plaintiff's failure to prosecute); Local Rule 41.1 ("The Court may at any time issue an order to show cause why a case should not be dismissed for failure to prosecute. If good cause is not shown, the Court may enter a judgment of dismissal with or without prejudice."); *Worcester Inmates v. Worcester Cnty. Jail & House of Correction*, No. 16-10110-NMG, 2016 WL 8715613, at *6 (D. Mass. Feb. 26, 2016) ("Failure of any plaintiff to pay the filing and administrative fees or to seek leave to

1

proceed without prepayment of the fee may result in dismissal of his case without prejudice.").

## *NOTICE*

*A party may file objections to those specified portions of a Magistrate Judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which de novo review by the District Court is sought, together with a supporting memorandum, within fourteen (14) days after being served with a copy thereof.  A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.*

*Failure to file a timely objection shall constitute a waiver of the right to de novo review by the District Court and to appeal the District Court's order.*

Dated: June 10, 2026

/s/ Karen Frink Wolf
United States Magistrate Judge