### UNITED STATES DISTRICT COURT DISTRICT OF MAINE

**DARREN GUAY et al.,**                              No. 2:26-cv-00179-LEW

Plaintiffs,

 v.

**TOWN OF BERWICK et al.,** Defendants.

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction, and finding that specific facts clearly show immediate and irreparable injury will result before Defendants can be heard, and that Plaintiffs are likely to succeed on the merits of their constitutional and statutory claims, it is hereby **ORDERED** that:

1. Defendants, their officers, agents, employees, contractors, and all persons acting in concert with them are **RESTRAINED AND ENJOINED** from demolishing, bulldozing, razing, removing, disposing of, or further altering or damaging the structure or contents at 17 Rileys Run, Berwick, Maine.

2. Defendants are further restrained from enforcing or implementing any dangerous-building orders, deadlines, or proceedings related to the property.

3. Defendants shall immediately grant Plaintiffs reasonable access for inspection, stabilization, and salvage as detailed in the Motion.

4. This Temporary Restraining Order shall remain in effect for ___ days from the date of entry, unless extended by the Court for good cause or converted to a Preliminary Injunction after hearing.

5. Plaintiffs shall serve this Order on Defendants forthwith by the most expeditious means available.

6. The Clerk shall schedule an expedited hearing on the Preliminary Injunction.

**SO ORDERED.**

Dated: _____

_____

United States District Judge

Dated: _____

_____