**Weather Report – Berwick / South Berwick, Maine March 1 – March 26, 2026**

**Prepared for:** Darren Guay,

Authorized Representative **Property**

**Address:** 17 Rileys Run, Berwick, Maine

**Date Prepared:** March 26, 2026

**Purpose of Report** This report documents weather conditions during the period the Town of Berwick denied access to the fire-damaged property. Cold temperatures, frequent precipitation, and repeated freeze-thaw cycles caused significant, preventable damage to personal belongings left exposed or in the unsecured structure and garage.

**Monthly Summary (March 1–26, 2026)**

- **Average High Temperature**: 38°F – 48°F
- **Average Low Temperature**: 20°F – 32°F (frequent nights below freezing)
- **Overall Conditions**: Mostly cloudy/overcast; multiple days with rain or snow mix
- **Total Precipitation**: Approximately 2.5 – 4.0 inches (rain/snow equivalent)
- **Key Impact**: Repeated freeze-thaw cycles combined with measurable rain (especially mid-to-late March) led to water saturation, ice formation, mold growth, and accelerated deterioration of unprotected personal property.

**Daily Weather Details**

| Date | High Temp (°F) | Low Temp (°F) | Precipitation | Conditions |
|---|---|---|---|---|
| March 1 – 10 | 35 – 42 | 20 – 28 | Light / scattered | Mostly overcast, rain/snow mix |
| March 19 | 37 | 32 | Measurable | Cloudy |
| March 20 | 40 – 59 | 25 – 32 | 0.48 inches (rain) | Rain |
| March 21 | 40 – 54 | 25 – 32 | 0.90 inches (heavy rain) | Heavy rain |
| March 22 | 50 – 55 | 28 – 35 | Trace | Mostly clear |
| March 23 | 45 – 50 | 20 – 28 | 0.04 inches | Cloudy |
| March 24 | 35 – 40 | 20 – 25 | Trace | Cold, overcast |
| March 25 | 35 – 48 | 20 – 30 | Trace | Cloudy |
| March 26 | 35 – 45 | 25 – 32 | 0.06 inches | Possible rain, cold |

**Key Observations & Impact on Property**

- Nighttime lows frequently dropped below freezing, creating **repeated freeze-thaw cycles** that damage wet or saturated materials.
- Significant rainfall occurred on **March 20–21** (nearly 1.4 inches combined), which would have caused standing water, soaking of belongings, and rapid deterioration in an unsecured structure.
- Overall cold, damp, and overcast conditions accelerated water damage, mold, and destruction of personal property denied timely access.

**Sources** (for verification or court use)

- Weather Underground (South Berwick / Berwick area stations)
- AccuWeather and PredictWind historical archives
- TimeAndDate.com and NOAA nearby station data

**Statement for Law Enforcement, Code Enforcement, or Court** The Town of Berwick's denial of access to 17 Rileys Run during this period directly exposed personal property to damaging weather conditions (cold temperatures, precipitation, and freeze-thaw cycles). This preventable damage resulted from the Town's actions and supports claims of liability under Maine statutes (including 17 M.R.S. §§ 2851, 2856 and 14 M.R.S. § 8104-A) and federal civil rights law.

**Prepared by:** Darren Guay

Authorized Representative for Mary Guay and Rod Downing

Phone: 207-200-6982

Date: March 26, 2026