# AFFIDAVIT OF ROD DOWNING

**AFFIDAVIT OF ROD DOWNING**

I, Rod Downing, being duly sworn, depose and state under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Plaintiff in this action and the named mortgage holder and legal owner of the property at 17 Riley's Run, Berwick, Maine. I have personal knowledge of the matters stated herein.

2. I executed a notarized irrevocable authorization granting Mary Downing and Darren Guay full authority to act on my behalf in all matters concerning the property. Darren and Mary provided the Town with our current address at 25 Tamarack Drive, South Berwick, Maine, in multiple communications.

3. Despite the Town's knowledge of our address and my authorization, **I received zero notice** of the April 21, 2026 Select Board public hearing or the proposed dangerous-building declaration.

4. The Town has declared the **entire three-acre property** a "no trespass" zone and has **denied** us the right to place temporary living quarters on my own land so we can live there while resolving this matter.

5. The Town has billed us **$4,600** for boarding work that my authorized agents were physically prevented from performing after being thrown off the property.

6. For weeks after the March 1, 2026 fire, the Town left my property unsecured. Only after my authorized agents criticized the Town's failure to secure it did the Town take any action — and even then they gave only a three-day window before locking us out (Exhibit A).

7. As a direct result, the vast majority of my personal property has been destroyed. I remain displaced with Mary and Darren in severely overcrowded conditions. This situation has caused me significant emotional and financial distress.

8. All statements in the Renewed Motion and Supplement are true and correct to the best of my knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on: May 3, 2026**

Rod Downing

/s/ Rod Downing

Rod Downing, Pro Se

 25 Tamarack Drive

South Berwick, ME 03908