| | |
|---|---|
| **From:** | Darren Guay |
| **To:** | MED_Joint ECF Inbox |
| **Subject:** | *requested non PDF docs be resubmitted* EMERGENCY REQUESTS |
| **Date:** | Tuesday, June 16, 2026 2:47:53 PM |
| **Attachments:** | EMERGENCY BULLDOZING SEIZE.pdf |
| | JUDGES ORDER.pdf |
| | Guay_v_Berwick_Verified_Complaint.docx |
| | ANSWER TO SHOW CAUSE.pdf |
| | VERBATIM SCRIPT.pdf |
| | weather report.pdf |
| | AFFIDAVIT OF ROD DOWNING.pdf |

**CAUTION - EXTERNAL:**

Enclosed you will find my emergency request for injunction and renewed tro regarding the bulldozing of our property at 17 Rileys Run, Berwick, Maine. There is also the magistrate's response to the show cause follow-up, as well as a picture of the property taken the morning after the fire, which was the last time I was able to go there. Please accept these entries and have the judge review them immediately.

ty
DG



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.