AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00179-LEW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  ___Town of Berwick___

was received by me on *(date)*  __6/10/26__ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  ___Arthur Capello___  , who is

designated by law to accept service of process on behalf of *(name of organization)*  ___Town of Berwick___

_____ on *(date)* __6/22/26__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __34.08__ for travel and $ __65__ for services, for a total of $ __99.08__  ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __6/23/26__

_____
*Server's signature*

__DUSM   Cody Forbes__
*Printed name and title*

__156 Federal Street, Portland, ME__
*Server's address*

Additional information regarding attempted service, etc:


| Print | Save As... | Reset |