Case No. 2:26-cv-00179-LEW

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

DARREN GUAY, MARY DOWNING, and
RODNEY DOWNING,

                                Plaintiffs,

v.

TOWN OF BERWICK,

                                Defendant.

Case No. 2:26-cv-00179-LEW

**PLAINTIFFS' EMERGENCY REQUEST FOR IMMEDIATE RULING OR STATUS CONFERENCE**

Plaintiffs Darren Guay, Mary Downing, and Rodney Downing respectfully request an immediate ruling on their pending Renewed Motion for Temporary Restraining Order and Preliminary Injunction, or, in the alternative, an emergency status conference, for the following reasons:

**1.** The Select Board's own Findings and Order of April 21, 2026 set a final demolition deadline of **July 19, 2026 — today**.

**2.** That Order is void *ab initio*. The Verbatim Record of the April 21, 2026 public hearing, now before this Court, contains the Town's own contemporaneous admissions that:

    • Code Enforcement Officer Terry Wilson had **no direct contact** with any property owner;

    • Plaintiff Guay was given only a **three-day window** to retrieve personal property;

    • The entire demolition determination rested solely on Wilson's untested lay visual opinion with **zero engineering evidence**.

**3.** Under the Supremacy Clause, the Due Process Clause of the Fourteenth Amendment, Title II of the Americans with Disabilities Act, and 17 M.R.S. § 2857, the Town's defective notice process and reliance on pure lay opinion cannot authorize the irreversible destruction of Plaintiffs' property and personal effects.

**4.** Irreparable harm is imminent and ongoing. Once the structure is demolished and personal property destroyed, no later remedy can restore what is lost. The maxim *quod ab initio non valet in tractu temporis non convalescit* applies with full force: that which is void from the beginning never becomes valid by the passage of time.

WHEREFORE, Plaintiffs request that this Court immediately enjoin any demolition or further interference with 17 Riley's Run, grant the Temporary Restraining Order and Preliminary Injunction, and set an emergency status conference if the Court requires further argument before ruling.

Dated: July 19, 2026

Respectfully submitted,



_____                    _____

Darren Guay, Pro Se



_____                    _____

Mary Downing, Pro Se



_____

Rodney Downing, Pro Se

25 Tamarack Drive, South Berwick, ME 03908
darrenguay@gmail.com | (207) 200-6982

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2026, a true and correct copy of the foregoing Emergency Request was served upon counsel for Defendant Town of Berwick by CM/ECF and first-class mail.



_____                    _____

Darren Guay