**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

DARREN GUAY, MARY DOWNING,
and RODNEY DOWNING,
     Plaintiffs,
v.
TOWN OF BERWICK,
     Defendant.
Civil Action No. 2:26-cv-00179-LEW

**PROPOSED ORDER GRANTING PLAINTIFFS'**

**VERIFIED EMERGENCY RENEWED MOTION FOR**

**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Verified Emergency Renewed Motion for Temporary Restraining Order and Preliminary Injunction, the supporting affidavits, the record, and Defendant's Opposition, and for good cause shown, it is hereby ORDERED that:

1.  The Motion is GRANTED.

2.  Defendant Town of Berwick, its officers, agents, employees, contractors, and all persons acting in concert with them are immediately RESTRAINED AND ENJOINED from demolishing, bulldozing, razing, removing, disposing of, or further damaging the structure or contents at 17 Riley's Run, Berwick, Maine.

3.  Defendant is RESTRAINED from enforcing the April 21–22, 2026 Select Board Findings and Order or any related deadlines, boarding charges, special taxes, or liens.

4.  Defendant shall immediately grant Plaintiffs reasonable access to the property for a period of not less than fourteen (14) days for retrieval of personal property, documentation, mitigation, and stabilization.

5.  The Clerk shall schedule an expedited hearing on conversion of this Temporary Restraining Order to a Preliminary Injunction.

6.  This Order shall remain in effect for fourteen (14) days unless extended by the Court for good cause.

**SO ORDERED.**

Dated: _____

_____
Hon. Lance E. Walker
Chief United States District Judge