**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

DARREN GUAY, MARY DOWNING,
and RODNEY DOWNING,
    Plaintiffs,
v.
TOWN OF BERWICK,
    Defendant.
Civil Action No. 2:26-cv-00179-LEW

**AFFIDAVIT OF DARREN GUAY**

I, Darren Guay, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

**1.** I am over the age of eighteen and competent to testify to the matters stated herein. I make this Affidavit based on my personal knowledge.

**2.** I was a resident and occupant of the property located at 17 Riley's Run, Berwick, Maine (the "Property") at the time of the March 1, 2026 fire.

**3.** I have documented physical disabilities, including lumbar disc injury, arthritis, a missing meniscus in my knee, and other conditions that substantially limit my mobility, ability to lift, climb, and perform the physical labor required for rapid property retrieval and cleanup.

**4.** On or about March 12, 2026, Code Enforcement Officer Terry Wilson informed me that I had only until March 16, 2026 to retrieve personal property "at my own risk." This window was approximately 48–72 hours and was impossible for me to complete given my disabilities and the hazardous condition of the Property.

**5.** The Town provided no reasonable accommodation for my disabilities, no interactive process, and no meaningful opportunity to request additional time or assistance.

**6.** My disaster-recovery tools, adaptive equipment, personal belongings, and property related to my trade remain on the Property. Access continues to be denied.

**7.** Demolition or further degradation of the structure will permanently destroy unique real property and physical evidence of the Town's defective notice, failure to accommodate, incomplete fire investigation, and other violations of federal and state law.

**8.** I have been authorized by Rodney Downing (the record owner) to act on his behalf with respect to the Property, including this litigation, effective March 4, 2026.

**9.** I respectfully request that the Court grant the Verified Emergency Renewed Motion for Temporary Restraining Order and Preliminary Injunction so that we may preserve evidence, retrieve remaining belongings, and protect our constitutional and statutory rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____JULY 18_____, 2026



**DARREN GUAY**
Pro Se Plaintiff