**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

DARREN GUAY, MARY DOWNING,
and RODNEY DOWNING,
    Plaintiffs,
v.
TOWN OF BERWICK,
    Defendant.
Civil Action No. 2:26-cv-00179-LEW

**AFFIDAVIT OF MARY DOWNING**

I, Mary Downing, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

**1.** I am over the age of eighteen and competent to testify to the matters stated herein. I make this Affidavit based on my personal knowledge.

**2.** I was a resident and occupant of the property located at 17 Riley's Run, Berwick, Maine at the time of the March 1, 2026 fire.

**3.** I have documented physical disabilities, including a torn rotator cuff and PTSD. These conditions substantially limit my ability to lift, carry, climb, and perform the physical tasks required for rapid property retrieval from a fire-damaged structure.

**4.** The Town gave us only approximately 48–72 hours to remove personal property. Because of my disabilities, this truncated window made meaningful retrieval impossible.

**5.** The Town provided no reasonable accommodation, no interactive process under Title II of the ADA, and no meaningful opportunity to request additional time or assistance.

**6.** After the Town barred us from the Property, the roof remained open for months, allowing weather to destroy or severely damage remaining personal property and evidence.

**7.** Demolition will permanently destroy remaining personal belongings and physical evidence of the Town's procedural and ADA violations.

**8.** I support the Verified Emergency Renewed Motion for Temporary Restraining Order and Preliminary Injunction and request that the Court grant immediate access and stay any demolition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____JULY 18_____, 2026

**MARY DOWNING**

Pro Se Plaintiff