**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**
**PORTLAND DIVISION**

DARREN GUAY, MARY DOWNING,
and RODNEY DOWNING,
     Plaintiffs,
v.
TOWN OF BERWICK,
     Defendant.
Civil Action No. 2:26-cv-00179-LEW

## AFFIDAVIT OF RODNEY DOWNING

I, Rodney Downing, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

**1.** I am over the age of eighteen and competent to testify to the matters stated herein. I make this Affidavit based on my personal knowledge.

**2.** I am the record owner of the property located at 17 Riley's Run, Berwick, Maine (the "Property").

**3.** I have Asperger's syndrome (autism spectrum disorder), which affects my ability to initiate and sustain telephone communications, process complex written notices under time pressure, and appear at public hearings without substantial difficulty.

**4.** I provided written authorization for Darren Guay and Mary Downing to act on my behalf with respect to the Property, including all dealings with the Town of Berwick and this federal litigation, effective March 4, 2026.

**5.** I never received direct, personal notice of the April 21, 2026 Select Board dangerous-building hearing or of the Findings and Order that followed. Notice appears to have been limited primarily to newspaper publication.

**6.** Because of my disability, the Town's method of notice and truncated process denied me a meaningful opportunity to be heard and to protect my property rights.

**7.** I support the Verified Emergency Renewed Motion for Temporary Restraining Order and Preliminary Injunction. I request that the Court stay any demolition, grant reasonable access to the Property, and preserve the evidence of the Town's violations of due process and the ADA.

**8.** I declare that Darren Guay and Mary Downing are fully authorized to represent my interests in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____JULY 18_____, 2026



**RODNEY DOWNING**
Pro Se Plaintiff