# IRREVOCABLE AUTHORIZATION AND POWER OF ATTORNEY

### Regarding Property at 17 Riley's Run, Berwick, Maine

I, **RODNEY N. DOWNING**, of 17 Riley's Run, Berwick, Maine 03901, hereby appoint **DARREN GUAY** and **MARY DOWNING**, jointly and severally, as my true and lawful attorneys-in-fact and authorized representatives with respect to all matters concerning the real property located at **17 Riley's Run, Berwick, Maine** (Tax Map R67, Lot 6-8), effective **March 4, 2026**, and continuing until revoked in writing by me.

**This authorization includes, but is not limited to, the full power and authority to:**

1. Act on my behalf in all dealings with the Town of Berwick, Code Enforcement Officer, Select Board, Planning Board, and any other municipal, state, or federal agencies regarding the property, including dangerous-building proceedings under 17 M.R.S. §§ 2851–2859, permits, access, repairs, mitigation, demolition, rehabilitation, or any related enforcement actions.

2. Handle all financial matters related to the property, including insurance claims, mortgage issues, payments, liens, special assessments, boarding charges, and recovery of costs.

3. Negotiate, execute, and file any documents, applications, appeals, pleadings, or agreements necessary for property operations, insurance, litigation, or protection of my interests.

4. Represent me in all legal proceedings, including the federal civil rights action under 42 U.S.C. § 1983 (Case No. 2:26-cv-00179-LEW, United States District Court, District of Maine) and any related state or municipal matters.

5. Grant or deny access to the property, retrieve personal items, perform or authorize stabilization, mitigation, or temporary repairs, and take any other actions necessary to protect the property and our collective interests.

6. Take any and all other actions that I could take if personally present, including signing documents under oath or affirmation.

This power of attorney is **irrevocable** with respect to third parties who rely on it in good faith and is coupled with an interest in the property. It shall be binding on my heirs, successors, and assigns.

I ratify and confirm all acts performed by Darren Guay and Mary Downing under this authorization from March 4, 2026, forward.

I execute this document freely and voluntarily.

Executed on: _  _____

_____

**RODNEY N. DOWNING**
Owner of 17 Riley's Run, Berwick, Maine

---

**NOTARY ACKNOWLEDGMENT**

STATE OF MAINE

County of York

On this _____ day of _____, 2026, before me, the undersigned Notary Public, personally appeared **Rodney N. Downing**, known to me (or proved by satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument, and acknowledged that he executed the same for the purposes therein contained.

Witness my hand and official seal.

_____
Notary Public
My commission expires: _____
Printed Name: _____